UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEVEN H.

v.          3:24CV302(SVN)

MARTIN O'MALLEY,
*Commissioner of Social Security*

## JUDGMENT

This action having come on for consideration as a result of plaintiff's motion to reverse the decision of the commissioner and defendant's consent motion for entry of judgment under Sentence Four of 42 U.S.C. §405(g) with reversal and remand before the Honorable Sarala V. Nagala, United States District Judge and,

The Court having considered the motions and the full record of the case including applicable principles of law, and having filed its Ruling on July 15, 2024, granting the defendant's motion, and remanding this case to the Commissioner, it is therefore;

ORDERED, ADJUDGED and DECREED that the case is reversed and remanded to the Commissioner for further administrative proceedings and the case is closed.

Dated at Hartford, Connecticut, this 18th day of July 2024.

         DINAH MILTON KINNEY, Clerk

         By  /s/ Christina Sichanh
             Christina Sichanh
             Deputy Clerk

EOD: 7/18/2024